```
       IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

         MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


J & J SPORTS PRODUCTIONS,  )
INC.,                      )
                           )
     Plaintiff,            )
                           )     CIVIL ACTION NO.
     v.                    )       2:10cv853-MHT
                           )           (WO)
CHARLES R. TROTMAN,        )
individually and d/b/a     )
Eastside Grille; and       )
EASTSIDE GRILLE, L.L.C., an)
Alabama Limited Liability  )
Company, d/b/a Eastside    )
Grille,                    )
                           )
     Defendants.           )
```

## ORDER

It has come to the court's attention that, effective April 22, 2011, Attorney Barry Carlton Prine has been suspended from the practice of law for 180 days. Because Mr. Prine now is suspended from the practice of law in this court, it is ORDERED as follows:

(1) The clerk of the court is to terminate Attorney Barry Carlton Prine as counsel of record for plaintiff.

    (2) Plaintiff has until June 10, 2011, to find new counsel and to have said counsel file a notice of appearance in this matter.

    (3) The clerk of the court is to provide service of this order on Mr. Prine and on plaintiff by certified mail (return receipt requested) at their last know addresses.

    DONE, this the 4th day of May, 2011.

                                /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE